No. 88–2130. D'ANGELO v. ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Motions of Illinois Attorneys for Criminal Justice, Justinian Society of Lawyers, and Illinois State Bar Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–7230. DEMPSEY v. COCA-COLA CO. ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–7232. HUDSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88–7404. HOVERSTEN v. IOWA. Sup. Ct. Iowa. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 88–7435. MARTIN v. TOWNSEND ET AL. C. A. 3d Cir. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.